In re:                                                                                       Case No. 20-42855-ess
Let Group LLC                                              Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                        User: admin                                   Page 1 of 2
Date Rcvd: Mar 23, 2021                Form ID: pdf000                          Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Let Group LLC, 15-24 201st Street, Bayside, NY 11360-1015 |
| aty | + | Rosen & Kantrow, PLLC, 38 New Street, Huntington, NY 11743-3463 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 23 2021 18:06:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2021                            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex E. Tsionis | |
| | on behalf of Trustee David J. Doyaga atsionis@ajrlawny.com arosen@ajrlawny.com;ddobbin@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com |
| David J. Doyaga | |
| | on behalf of Trustee David J. Doyaga david.doyaga.sr@gmail.com NY98@ecfcbis.com,theresa@doyagalawfirm.com |

David J. Doyaga
    david.doyaga.sr@gmail.com NY98@ecfcbis.com,theresa@doyagalawfirm.com

Lawrence Morrison
    on behalf of Debtor Let Group LLC lmorrison@m-t-law.com
    info@m-t-law.com;r65639@notify.bestcase.com;lmorrison@m-t-law.com;bjhufnagel@m-t-law.com;scheduling@m-t-law.com;esierra@m-t-law.com

Office of the United States Trustee
    USTPRegion02.BR.ECF@usdoj.gov

Samuel Goldman
    on behalf of Creditor Thomas Yang sg@sgalaw.com jgilman@sgalaw.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
In re:                                                    Chapter 7

    LET GROUP LLC,                                  Case No. 1-20-42855-ess

               Debtor.

----------------------------------X

**ORDER SCHEDULING A TELEPHONIC CONFERENCE**

WHEREAS, on August 4, 2020, Let Group LLC filed a petition under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on August 4, 2020, David J. Doyaga was appointed as the Chapter 7 trustee in this case (the "Trustee"); and

WHEREAS, on January 4, 2021, the Trustee filed a motion pursuant to Bankruptcy Code Section 105, 363(a), 363(b), 363(f), 363(m), and 365(d)(1), and Bankruptcy Rules 2002, 6004, and 9004 seeking an order (i) authorizing him to sell to the stalking horse purchaser or to the highest and best bidder at an auction the estate's interest in certain trademarks, intellectual property, internet domain names and websites; (ii) scheduling a hearing to approve the sale to the highest and best bidder; (iii) approving certain bidding procedures; and (iv) approving the manner and extent of notice of the auction hearing (the "Motion"); and

WHEREAS, on February 9, 2021, the Court held a hearing on the Motion, at which the Trustee appeared and was heard, and no opposition was heard, and the Court granted the Motion; and

WHEREAS, on February 17, 2021, the Court entered an order granting the Motion and, among other things, authorizing the Trustee to sell at public auction the bankruptcy estate's interest in certain trademarks, intellectual property, internet domain names and websites (the

1

"Assets"), free and clear of all liens, claims, encumbrances and other interests with such liens, claims, encumbrances and other interests to attach to the proceeds of sale, and scheduled a hearing to approve the sale of the Assets to the successful bidder for March 16, 2021; and

WHEREAS, on March 16, 2021, the Court held a continued hearing on the Motion, at which the Trustee appeared and was heard, and no opposition was heard, and the Court granted the Motion; and

WHEREAS, on March 17, 2021, Thomas Yang filed a letter seeking, among other relief, an order declaring the sale of the Assets null and void; and

WHEREAS, on March 18, 2021, Mr. Yang filed a letter supplementing the grounds for the relief sought in his March 17, 2021 letter; and

WHEREAS, on March 18, 2021, the Trustee filed a response to Mr. Yang's letters; and

WHEREAS, on March 19, 2021, Mr. Yang filed a letter in response to the Trustee's letter; and

WHEREAS, on March 19, 2021, the Debtor filed a letter in response to Mr. Yang's letters.

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a telephonic scheduling conference on Mr. Yang's letters and the relief requested therein, on April 13, 2021, at 11:00 a.m., before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that a briefing schedule may be set at the April 13, 2021 scheduling conference; and it is further

**ORDERED**, that this conference will be conducted telephonically. It is not necessary to request prior authorization to appear telephonically. All participants, including attorneys, clients, and pro se parties, may appear telephonically as follows:

        Please e-mail Judge Stong's Courtroom Deputy at <u>ess_hearings@nyeb.uscourts.gov</u> at least one business day before the scheduled hearing to identify the individuals that will appear and to provide an e-mail address where each may be reached. All attorneys must also identify the party that the attorney represents.

        Please call in at the time at which your hearing is scheduled, to avoid missing the call of your case. Note that, depending on where your case is on the calendar, you may have to wait for a time with your phone on mute until your case is called.

Below are the instructions to dial in for the telephonic appearance:

1. Dial in Number **888-808-6929**
2. Access Code – **8523285#**
3. State your name each time before speaking
4. Avoid the use of a speaker phone, and use a landline if possible
5. If you are not speaking, keep your phone on mute.

**Dated: Brooklyn, New York**
**March 23, 2021**

                                                                    Elizabeth S. Stong
                                            United States Bankruptcy Judge

TO:

Let Group LLC
15-24 201st Street
Bayside, NY 11360

Lawrence Morrison
87 Walker Street Floor 2
New York, NY 10013

David J. Doyaga
26 Court Street
Suite 1601
Brooklyn, NY 11242

Alex E. Tsionis
Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, NY 11743

Rosen & Kantrow, PLLC
38 New Street
Huntington, NY 11743

Samuel Goldman
200 Park Avenue; Suite 1700
New York, NY 10166

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014