# Samuel Goldman & Associates

200 Park Avenue; Suite 1700
New York, NY 10166
Tel. (212) 725-1400 | Fax (212) 682-0278

April 27, 2021

**<u>Via ECF</u>**
Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza E #1595
Brooklyn, NY 11201

<u>*Re: In re LET Group, LLC, Chapter 7  Case No.: 20-42855-ess*</u>

Dear Judge Strong:

     I would be remiss if I did not clarify the record and indicate that any inference of wrongdoing on the part of Messrs, Avrum Rosen and Alex Tsionis in connection with the sale of the KORILLA BBQ trademarks and intellectual property was unintentional and that I certainly didn't mean to imply that they may have done anything improper in this regard.

                                                    Respectfully,

                                                    *Samuel Goldman*

                                                    Samuel Goldman

cc: Avrum Rosen, Esq.
     Alex Tsionis, Esq.
     Lawrence Morrison, Esq.
     Joshua Androphy, Esq.