# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LET GROUP LLC | § Case No. 1-20-42855-NHL |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID J. DOYAGA SR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00  
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $2,967.89

Claims Discharged Without Payment: N/A

Total Expenses of Administration: $9,532.11

---

3) Total gross receipts of $ 22,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,000.00 (see **Exhibit 2**), yielded net receipts of $12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,209.61 | 9,532.11 | 9,532.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,000,000.00 | 1,000,000.00 | 2,967.89 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,015,209.61 | $1,009,532.11 | $12,500.00 |

    4) This case was originally filed under Chapter 7 on August 04, 2020. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/27/2021     By: /s/DAVID J. DOYAGA SR.
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Assets pursuant to asset purchase agreement | 1229-000 | 22,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kevin Cheung | Return of deposit | 8500-002 | 10,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$10,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - DAVID J. DOYAGA SR. - DAVID J. DOYAGA SR. | 2200-001 | N/A | 1.02 | 1.02 | 1.02 |
| Other - Law Offices of Avrum J. Rosen, PLLC | 3220-610 | N/A | 936.00 | 936.00 | 936.00 |
| Other - Law Offices of Avrum J. Rosen, PLLC | 3210-600 | N/A | 12,177.50 | 6,500.00 | 6,500.00 |
| Trustee Compensation - DAVID J. DOYAGA SR. | 2100-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.32 | 5.32 | 5.32 |

**UST Form 101-7-TDR (10/1/2010)**

| Other - International Sureties, Ltd. | 2300-000 | N/A | 3.71 | 3.71 | 3.71 |
|---|---|---|---|---|---|
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 15.47 | 15.47 | 15.47 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 14.92 | 14.92 | 14.92 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 17.55 | 17.55 | 17.55 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 15.93 | 15.93 | 15.93 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 22.19 | 22.19 | 22.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$15,209.61** | **$9,532.11** | **$9,532.11** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | Clerk of the US Bankruptcy Court - Paul Lee Thomas Yang | 7100-001 | N/A | 1,000,000.00 | 1,000,000.00 | 2,967.89 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$1,000,000.00** | **$1,000,000.00** | **$2,967.89** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-20-42855-NHL  **Trustee:** (520900) DAVID J. DOYAGA SR.
**Case Name:** LET GROUP LLC  **Filed (f) or Converted (c):** 08/04/20 (f)
 **§341(a) Meeting Date:** 09/10/20
**Period Ending:** 12/27/21  **Claims Bar Date:** 03/16/21

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | US Registed Trademark No. 4056254: KBBQ.<br>Imported from original petition Doc# 11 | Unknown | Unknown | | 0.00 | FA |
| 2 | US Registered Trademark No. 3971933: Korilla.<br>Imported from original petition Doc# 11 | Unknown | Unknown | | 0.00 | FA |
| 3 | Grand Koast LLC Trademark License Agreement.<br>Imported from original petition Doc# 11 | Unknown | Unknown | | 0.00 | FA |
| 4 | Koast LLC Trademark License Agreement.<br>Imported from original petition Doc# 11 | Unknown | Unknown | | 0.00 | FA |
| 5 | Aegis 42 LLC Trademark License Agreement.<br>Imported from original petition Doc# 11 | Unknown | Unknown | | 0.00 | FA |
| 6 | Kommissary LLC Trademark License Agreement.<br>Imported from original petition Doc# 11 | Unknown | Unknown | | 0.00 | FA |
| 7 | 3E LLC Trademark License Agreement.<br>Imported from original petition Doc# 11 | Unknown | Unknown | | 0.00 | FA |
| 8 | A/R Over 90 days old. Face amount = $0.00. Doubt<br>Imported from original petition Doc# 11 | Unknown | Unknown | | 0.00 | FA |
| 9 | Assets pursuant to asset purchase agreement  (u) | 12,500.00 | 12,500.00 | | 22,500.00 | FA |
| 9 | **Assets  Totals** (Excluding unknown values) | **$12,500.00** | **$12,500.00** | | **$22,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/21/21 Waiting for final checks to clear to submit TDR

**Initial Projected Date Of Final Report (TFR):**  March 31, 2021    **Current Projected Date Of Final Report (TFR):**  June 10, 2021  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-20-42855-NHL  
**Case Name:** LET GROUP LLC  

**Taxpayer ID #:** **-***8410  
**Period Ending:** 12/27/21  

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******8047 - Checking Account  
**Blanket Bond:** $42,742,595.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/20 | {9} | Kevin Cheung | Acquired assets pursuant to asset purchase agreement | 1229-000 | 10,000.00 | | 10,000.00 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.32 | 9,994.68 |
| 01/04/21 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2020 FOR CASE #120-42855, 2020 Bond Premium | 2300-000 | | 3.71 | 9,990.97 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 15.47 | 9,975.50 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 14.92 | 9,960.58 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 17.55 | 9,943.03 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 15.93 | 9,927.10 |
| 05/12/21 | {9} | Pymt received from higher successful bidder Edible Content | Payment received from higher successful bidder Edible Content | 1229-000 | 2,500.00 | | 12,427.10 |
| 05/12/21 | {9} | Pymt received from higher successful bidder Edible Content | Payment received from higher successful bidder Edible Content | 1229-000 | 10,000.00 | | 22,427.10 |
| 05/19/21 | 102 | Kevin Cheung | Return of deposit | 8500-002 | | 10,000.00 | 12,427.10 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 22.19 | 12,404.91 |
| 07/16/21 | 103 | Law Offices of Avrum J. Rosen, PLLC | Dividend paid 100.00% on $936.00, Special Counsel for Trustee Expenses; Reference: | 3220-610 | | 936.00 | 11,468.91 |
| 07/16/21 | 104 | Law Offices of Avrum J. Rosen, PLLC | Dividend paid 100.00% on $6,500.00, Special Counsel for Trustee Fees; Reference: | 3210-600 | | 6,500.00 | 4,968.91 |
| 07/16/21 | 105 | DAVID J. DOYAGA SR. | Dividend paid 100.00% on $2,000.00, Trustee Compensation; Reference: | 2100-000 | | 2,000.00 | 2,968.91 |
| 07/16/21 | 106 | Paul Lee Thomas Yang Eric Yu Stephen Park Andrew C | Dividend paid 0.29% on $1,000,000.00; Claim# 1 -1; Filed: $1,000,000.00; Stopped on 10/18/21 | 7100-000 | | 2,967.89 | 1.02 |
| 07/16/21 | 107 | DAVID J. DOYAGA SR. | DIVIDEND PAID 100.00% ON $1.02, TRUSTEE EXPENSES; REFERENCE: | 2200-001 | | 1.02 | 0.00 |
| 10/18/21 | 106 | Paul Lee Thomas Yang Eric Yu Stephen Park Andrew C | Dividend paid 0.29% on $1,000,000.00; Claim# 1 -1; Filed: $1,000,000.00; Stopped: check issued on 07/16/21 | 7100-000 | | -2,967.89 | 2,967.89 |
| 10/18/21 | 108 | Clerk of the US Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | 7100-001 | | 2,967.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,500.00 | 22,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 22,500.00 | 22,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,500.00** | **$22,500.00** | |

{} Asset reference(s)  
Printed: 12/27/2021 04:25 PM V.20.36

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 1-20-42855-NHL | | **Trustee:** | DAVID J. DOYAGA SR. (520900) |
| **Case Name:** | LET GROUP LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| | | | **Account:** | ******8047 - Checking Account |
| **Taxpayer ID #:** | **-***8410 | | **Blanket Bond:** | $42,742,595.00 (per case limit) |
| **Period Ending:** | 12/27/21 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
            Net Receipts :         22,500.00
 Less Other Noncompensable Items :  10,000.00
                                  _____
              Net Estate :         $12,500.00
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8047** | 22,500.00 | 22,500.00 | 0.00 |
| | $22,500.00 | $22,500.00 | $0.00 |